UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPUBLIC OF HAITI,<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS SLIWOSKI LLP, DAN HARRIS, and JOHN B. MCDONALD,<br><br>Defendants. | Case No. 24-cv-00157 (JLR)(GS)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between all the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees and all parties waiving all rights of appeal.

Respectfully Submitted,

Dated: New York, New York
       June 13, 2024

_[signature]_
Elizabeth Wolstein
Samuel L. Butt
**SCHLAM STONE & DOLAN LLP**
26 Broadway, 19th Fl.
New York, NY 10004
Tel.: (212) 344-5400
ewolstein@schlamstone.com
sbutt@schlamstone.com

Bertrand Madsen
**MADSEN LAW P.A.**
1002B S. Church Avenue
No. 320371
Tampa, FL 33629
Tel.: (212) 346-7744
bmadsen@madsenlawpa.com

*Attorneys for Plaintiff Republic of Haiti*

New York, New York
June 12, 2024

_[signature]_
Christopher T. Scanlon
**CLAUSEN MILLER, P.C.**
28 Liberty St., 39th Floor
New York, NY 10005
Tel.: (212) 805-3900
cscanlon@clausen.com

*Attorneys for Defendants Harris Sliwoski LLP, Dan Harris and John McDonald*